UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

U.S. GLOVE, INC.,
a New Mexico corporation

Case No.
Chapter 11 Proceedings

Debtor.

# DECLARATION OF RANDOLPH CHALKER

I, RANDOLPH CHALKER, declare that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am a shareholder and acting Chief Operating Officer of U.S. Glove, Inc., (the "**Debtor**") and am an authorized representative for the Debtor in these proceedings.

2. Pursuant to 11 U.S.C. § 1116, filed concurrently with this Declaration are true and correct copies of the following documents:

   (a) The Debtor's latest available Balance Sheet;

   (b) The Debtor's latest available Cash Flow Statement;

   (c) The Debtor's Statement of Operations;

   (d) The Debtor's 2019 Federal Income Tax Return (which, will be filed under seal or otherwise provided to the U.S. Trustee in this case).

Dated: February 14, 2021.

U.S. Glove, Inc.

*Randolph N Chalker*
Randolph Chalker
Its: Authorized Representative

**The following statement is a year end balance sheet PRE** any CPA adjustments. This is a best esimtate of the balance sheet at year end.

|  | 12/31/2020 |
|---|---|
| **Assets** | |
| Cash (BOA Operating) | $86,324 |
| Accounts Rec. | $185,552 |
| FF&E | $9,875 |
| RM | $5,435 |
| Finished Goods | $18,500 |
| Intellectual Property | $2,000 |
| **Total Assets** | **$307,686** |
| **Liablities** | |
| Accounts Payable (Amex) | $5,645 |
| Est Misc. Accounts Payable | $15,000 |
| Law Tanning | $6,859 |
| Hide House | $7,000 |
| Accrued Interest Snr @ 14% | $116,176 |
| Accrued Interest Jr @ 5.3% | $77,292 |
| EIDL Note | $150,000 |
| PPP One | $52,250 |
| Mike Jacobs Snr Note @ 14% | $2,140,000 |
| Mike Jacobs Jr. Note @ 5.3% | $1,243,000 |
| **Total Liablities** | **$3,813,222** |
| **Implied Equity** | **($3,505,536)** |

**U. S. Glove, Inc.**
**Profit and Loss**
**January - December 2020**

| | Jan 2020 | Feb 2020 | Mar 2020 | Apr 2020 | May 2020 | Jun 2020 | Jul 2020 | Aug 2020 | Sep 2020 | Oct 2020 | Nov 2020 | Dec 2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| 4820 Sales of product income | 128,641.87 | 118,552.22 | 70,546.61 | 14,746.78 | 48,068.62 | 127,617.06 | 157,045.91 | 127,450.12 | 102,093.03 | 128,129.78 | 96,714.69 | 71,283.87 | 1,190,890.56 |
| 4850 Discounts/refunds given | -456.95 | -583.83 | -232.95 | -617.99 | -165.05 | -256.00 | -1,009.00 | -649.26 | -1,073.89 | -1,887.00 | -1,076.00 | -2,717.75 | -10,725.67 |
| **Total Income** | $ 128,184.92 | $ 117,968.39 | $ 70,313.66 | $ 14,128.79 | $ 47,903.57 | $ 127,361.06 | $ 156,036.91 | $ 126,800.86 | $ 101,019.14 | $ 126,242.78 | $ 95,638.69 | $ 68,566.12 | $ 1,180,164.89 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| 5000 COGS - leather | 14,860.09 | 5,524.96 | 3,013.79 | 7,031.78 | 4,817.04 | | 11,663.96 | 17,129.37 | 16,740.92 | 2,085.91 | 18,380.68 | 6,859.05 | 108,107.55 |
| 5010 COGS - other materials | 2,054.52 | 4,471.12 | 915.00 | 98.41 | 5,659.76 | 192.25 | 484.80 | 4,048.95 | 4,223.49 | 6,943.69 | 1,169.88 | | 30,261.87 |
| 5020 COGS - supplies | 88.39 | 354.00 | | | 679.72 | 5,249.00 | -417.39 | 1,204.00 | 1,413.09 | 513.75 | | -375.86 | 8,708.70 |
| 5030 COGS - RM | 3,673.06 | 7,104.12 | 1,246.33 | 1,310.00 | 1,561.94 | 3,693.61 | 696.24 | 2,010.54 | 3,465.00 | 5,676.98 | 5,062.40 | 2,539.68 | 38,039.90 |
| 5050 COGS - contract labor | 7,383.53 | 6,688.40 | 9,377.28 | 1,032.08 | 300.81 | 209.60 | 4,204.57 | 6,255.86 | 4,716.71 | 5,925.52 | 1,407.28 | 4,545.86 | 52,047.50 |
| 5060 COGS - shipping | 7,902.37 | 7,689.75 | 8,375.54 | 3,515.07 | 5,648.06 | 9,610.35 | 9,585.31 | 11,813.97 | 8,330.59 | 10,248.54 | 8,817.13 | 5,404.63 | 96,941.31 |
| 5070 COGS - shipping supplies | 187.90 | 201.00 | 300.55 | | | 252.80 | 148.90 | 245.99 | 365.94 | 470.37 | 80.50 | | 2,253.95 |
| 5100 COGS - product for resale | 6,585.77 | 10,388.54 | 13,075.20 | 10,156.37 | 1,061.47 | 6,120.79 | 36,412.61 | 4,000.47 | 525.86 | 11,998.43 | | 3,131.35 | 103,446.86 |
| 5200 COGS - wages | 22,917.98 | 21,956.80 | 23,554.92 | 4,473.92 | 11,959.46 | 17,669.72 | 25,125.70 | 29,421.10 | 35,493.08 | 36,722.95 | 37,140.00 | 41,611.98 | 308,047.61 |
| 5300 COGS - small tools, dies | 916.77 | 1,064.91 | | 77.02 | | 711.61 | | 69.67 | | | 1,234.45 | | 4,074.43 |
| **Total Cost of Goods Sold** | $ 66,570.38 | $ 65,443.60 | $ 59,858.61 | $ 27,694.65 | $ 31,688.26 | $ 43,709.73 | $ 87,904.70 | $ 76,199.92 | $ 75,274.68 | $ 80,576.14 | $ 73,292.32 | $ 63,716.69 | $ 751,929.68 |
| **Gross Profit** | $ 61,614.54 | $ 52,524.79 | $ 10,455.05 | -$ 13,565.86 | $ 16,215.31 | $ 83,651.33 | $ 68,132.21 | $ 50,600.94 | $ 25,744.46 | $ 45,666.64 | $ 22,346.37 | $ 4,849.43 | $ 428,235.21 |
| **Expenses** | | | | | | | | | | | | | |
| 6040 Bank service charges | | | | | 580.08 | | | -943.96 | | | 595.00 | 0.0707 | 0.0707 |
| 6050 Bookkeeping | 557.71 | 388.35 | | | 355.99 | 118.66 | | 459.55 | 302.59 | -3.50 | 136.46 | -90.00 | -445.44 |
| 6070 Charitable contributions | | | | | | | | | | | 106.80 | 5,110.04 |
| 6100 Credit card fees | 1,778.47 | 1,709.32 | 1,033.45 | 255.91 | 516.12 | 1,327.66 | 1,000.00 | 1,424.58 | 1,581.49 | 1,541.27 | 51.00 | 1,640.62 | 1,051.00 |
| 6140 Insurance - general liability | | 2,524.00 | | | 2,549.00 | | 1,235.28 | | | | 1,217.00 | | 15,261.17 |
| 6155 Insurance - Mike | 3,102.03 | 3,102.03 | 3,102.03 | 3,102.03 | 3,102.03 | 3,011.72 | 2,524.00 | 3,245.83 | 3,245.83 | 3,245.83 | 2,678.00 | 3,245.83 | 10,275.00 |
| 6170 Insurance - work comp | 555.04 | 535.75 | 721.30 | 153.96 | 302.02 | 578.09 | 3,102.03 | 683.15 | 812.78 | 746.40 | 3,245.83 | 770.92 | 37,853.05 |
| 6200 Office supplies | 1,776.05 | 1,487.03 | 397.57 | 313.55 | 834.92 | 1,030.30 | 640.12 | 2,921.33 | 1,424.56 | 1,279.02 | 122.57 | 536.09 | 6,622.10 |
| 6210 Other taxes | | | | | | | 2,279.04 | | 14.85 | | 570.10 | | 14,849.56 |
| 6220 Legal and professional | | 3,339.20 | 128.10 | 1,180.15 | | | 655.00 | 10,085.50 | | | | 42,500.00 | 669.85 |
| 6225 Payroll processing fee | 608.34 | 335.44 | 336.92 | 198.20 | 281.85 | 289.00 | 1,320.00 | 352.83 | 365.78 | 535.52 | 511.64 | 469.32 | 58,552.95 |
| 6237 Management fees | 7,535.00 | | | | | | 417.39 | | | | | | 4,702.23 |
| 6240 Marketing expenses | 10,136.60 | 3,800.00 | 3,025.00 | 5,022.60 | 3,050.00 | 6,806.55 | 12,643.42 | 10,315.71 | 8,094.12 | 7,477.21 | 7,014.96 | 6,758.23 | 7,535.00 |
| 6250 Meals and entertainment | 438.09 | 578.29 | 400.42 | 92.18 | 80.00 | 389.77 | 511.27 | 585.43 | 819.25 | 778.06 | 1,106.37 | 208.26 | 84,144.40 |
| 6290 R&D | | 251.08 | | | | | | | | | | | 5,987.39 |
| 6300 Rent - building | 5,965.00 | 5,750.00 | 5,750.00 | 5,750.00 | 5,750.00 | 5,750.00 | 5,750.00 | 5,750.00 | 5,750.00 | 5,750.00 | 5,831.00 | 5,904.50 | 251.08 |
| 6310 Repairs and maintenance | 1,455.82 | 749.28 | 97.09 | | 1,153.18 | 511.98 | 239.66 | 4,626.46 | 1,009.71 | 1,454.86 | 408.41 | | 69,450.50 |
| 6330 Software expenses | 440.03 | 514.68 | 452.49 | 375.65 | 875.90 | 385.87 | 465.75 | 381.87 | 406.60 | 410.76 | 517.50 | 549.29 | 11,706.45 |
| 6340 Telephone | 189.84 | 299.41 | 191.59 | 191.59 | 191.47 | 191.51 | 191.51 | 184.16 | 184.17 | 184.17 | 184.20 | 184.20 | 5,776.39 |
| 6345 Trade show expenses | | | 450.00 | | | | | | | | | | 2,367.82 |
| 6350 Travel | | | | | | | | | | 204.96 | | | 450.00 |
| 6380 Utilities | | 430.47 | | 758.56 | 225.97 | 294.04 | 255.37 | 255.45 | 392.00 | 259.82 | 258.19 | 267.64 | 495.79 |
| 6520 Payroll tax expense | 2,320.52 | 1,853.42 | 2,162.17 | 189.74 | 202.63 | 273.77 | 1,416.80 | 2,407.77 | 3,025.06 | 3,103.89 | 3,122.46 | 3,405.93 | 23,484.16 |
| **Total Expenses** | $ 36,858.54 | $ 27,647.75 | $ 18,248.13 | $ 19,684.99 | $ 20,051.16 | $ 20,958.92 | $ 34,646.64 | $ 43,026.49 | $ 27,428.79 | $ 26,968.27 | $ 27,570.69 | $ 66,457.63 | $ 369,548.00 |
| **Net Operating Income** | $ 24,756.00 | -$ 24,877.04 | -$ 7,793.08 | -$ 33,250.85 | -$ 3,835.85 | $ 62,692.41 | $ 33,485.57 | $ 7,574.45 | -$ 1,684.33 | $ 18,698.37 | -$ 5,224.32 | -$ 61,608.20 | $ 58,687.21 |
| **Other Income** | | | | | | | | | | | | | |
| 7020 SBA EIDL Grant | | | | 9,000.00 | | | | | | | | | 9,000.00 |
| 7120 Interest income | | | | | | | | 0.68 | | | | | 0.68 |
| **Total Other Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 9,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.68 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 9,000.68 |
| **Other Expenses** | | | | | | | | | | | | | |
| 8120 Executive travel | 577.74 | 4,908.62 | 547.77 | | 789.57 | 1,773.09 | 1,617.22 | 1,957.31 | 2,984.71 | 3,489.87 | 1,631.99 | 981.87 | 21,259.76 |
| 8140 Fraud charges | | | | | | | | | | | | 3,700.00 | 3,700.00 |
| 8180 Interest expense | 28,707.00 | 27,211.24 | 28,707.13 | 28,853.38 | 29,075.14 | 28,610.81 | 29,007.57 | 29,059.82 | 28,300.50 | 29,581.56 | 28,821.51 | 29,580.10 | 345,515.76 |
| **Total Other Expenses** | $ 29,284.74 | $ 32,119.86 | $ 29,254.90 | $ 28,853.38 | $ 29,864.71 | $ 30,383.90 | $ 30,624.79 | $ 31,017.13 | $ 31,285.21 | $ 33,071.43 | $ 30,453.50 | $ 34,261.97 | $ 370,475.52 |
| **Net Other Income** | -$ 29,284.74 | -$ 32,119.86 | -$ 29,254.90 | -$ 19,853.38 | -$ 29,864.71 | -$ 30,383.90 | -$ 30,624.79 | -$ 31,016.45 | -$ 31,285.21 | -$ 33,071.43 | -$ 30,453.50 | -$ 34,261.97 | -$ 361,474.84 |
| **Net Income** | -$ 4,528.74 | -$ 7,242.82 | -$ 37,047.98 | -$ 53,104.23 | -$ 33,700.56 | $ 32,308.51 | $ 2,860.78 | -$ 23,442.00 | -$ 32,969.54 | -$ 14,373.06 | -$ 35,677.82 | -$ 95,870.17 | -$ 302,787.63 |
| **EBITDA Calculation** | | | | | | | | | | | | | |
| EBT: | -4,528.74 | -7,242.82 | -37,047.98 | -53,104.23 | -33,700.56 | 32,308.51 | 2,860.78 | -23,442.00 | -32,969.54 | -14,373.06 | -35,677.82 | -95,870.17 | -302,787.63 |
| Plus: Interest | 28,707.00 | 27,211.24 | 28,707.13 | 28,853.38 | 29,075.14 | 28,610.81 | 29,007.57 | 29,059.82 | 28,300.50 | 29,581.56 | 28,821.51 | 29,580.10 | 345,515.76 |
| Plus: Depreciation | | | | | | | | | | | | | |
| Plus: Amortization | | | | | | | | | | | | | |
| **Total EBITDA:** | 24,178.26 | 19,968.42 | -8,340.85 | -24,250.85 | -4,625.42 | 60,919.32 | 31,868.35 | 5,617.82 | -4,669.04 | 15,208.50 | -6,856.31 | -66,290.07 | 42,728.13 |
| | 19% | 17% | -12% | -172% | -10% | 48% | 20% | 4% | -5% | 12% | -7% | -97% | 4% |

Case 21-10172-t11    Doc 2    Filed 02/14/21    Entered 02/14/21 10:00:17 Page 3 of 10

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

U.S. GLOVE, INC.,
a New Mexico corporation

         Debtor.

Case No.
Chapter 11 Proceedings

## DEBTOR'S STATEMENT OF OPERATIONS

U.S. Glove, Inc. (the "**Debtor**"), as a Subchapter V Chapter 11 debtor-in-possession, submits the following Statement of Operations pursuant to 11 U.S.C. §§ 1187(a) and 1116(1) of the United States Bankruptcy Code.

The Debtor is a New Mexico corporation with its principal place of business located at 6801 Washington St NE, Albuquerque, New Mexico. The Debtor, which was founded in 1988, is currently co-owned by Mike Jacobs (43%), Evan Gobdel (16%), Greg Bregstone (16%), Randolph Chalker (14%), and Gay Gustafson (11%).

The Debtor manufactures hand and wrist support products for both gymnastics and cheerleading, as well as a variety of other ancillary products, including wristbands, chalk, athletic tape, and grip brushes designed to enhance athletic performance. All products are manufactured in the United States. The Debtor relies on several vendors to continue its operations and delivers its products to athletes all over the world.

The Debtor currently employs 12 employees and 6 independent contractors. The Debtor has debt totaling approximately $3.8 million. Although the Debtor has historically enjoyed net operating profits, it has seen a drastic decline in revenues and profits, which has been compounded

by the impacts of the COVID-19 pandemic on the gymnastics and cheerleading industries. The Debtor has requested and received relief from the U.S. Small Business Administration through the Paycheck Protection Program ($100,000)[1] and the Economic Injury Disaster Loan program ($150,000) to stay afloat during the pandemic and survive through the current economic conditions.

As of the filing of this Chapter 11 case, the Debtor continues to manufacture and sell its product but needs the protections afforded under the Bankruptcy Code to ensure its long-term existence and continued operations; otherwise the Debtor would be quickly forced to close its doors as payment of ongoing expenses would not be possible. The Debtor is confident that it can go through a successful reorganization under Subchapter V of Chapter 11 of the Bankruptcy Code and propose a feasible plan that allows the Debtor to restructure its debts, keep its business operating, and maximize value to the estate.

---

[1] Debtor has received two rounds of PPP disbursements. $41,525 of the original $50,000 PPP loan has been forgiven. The Debtor received a second $50,000 PPP loan on February 1, 2021.

# Form 1120-S — U.S. Income Tax Return for an S Corporation

**Form 1120-S**
Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123
**2019**

For calendar year 2019 or tax year beginning _____, 2019, ending _____

**A** S election effective date: 1/01/1989
**B** Business activity code number (see instructions): 316990
**C** Check if Schedule M-3 attached ☐

TYPE OR PRINT:
U.S. GLOVE, INC.
6801 WASHINGTON ST NE
ALBUQUERQUE, NM 87109

**D** Employer Identification number: 85-0371498
**E** Date incorporated: 12/07/1988

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year .......
**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for...

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | |
| 2 | Cost of goods sold (attach Form 1125-A) | |
| 3 | Gross profit. Subtract line 2 from line 1c | |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (see instrs — att statement) | |
| 6 | Total income (loss). Add lines 3 through 5 | |

## Deductions (See Instrs)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | |
| 8 | Salaries and wages (less employment credits) | |
| 9 | Repairs and maintenance | |
| 10 | Bad debts | |
| 11 | Rents | |
| 12 | Taxes and licenses | SEE STATEMENT 1 |
| 13 | Interest (see instructions) | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement) | SEE STATEMENT 2 |
| 20 | Total deductions. Add lines 7 through 19 | |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120-S) | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | |
| 23a | 2019 estimated tax payments and 2018 overpayment credited to 2019 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Reserved for future use | |
| 23e | Add lines 23a through 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | |
| 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26: Credited to 2020 estimated tax ▶ _____ Refunded ▶ | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title: PRESIDENT

**Paid Preparer Use Only**
Print/Type preparer's name: SHIRLEY VAUGHN
Preparer's signature: SHIRLEY VAUGHN
Firm's name ▶ VAUGHNCPA, LLC
Firm's address ▶ 6605 UPTOWN BLVD NE STE 370
ALBUQUERQUE, NM 87110

BAA For Paperwork Reduction Act Notice, see separate instructions. SPSA0112 12/30/19

Form 1120-S (2019) U.S. GLOVE, INC.     85-0371498     Page 2

## Schedule B   Other Information (see instructions)

| | Yes | No |
|---|---|---|
| 1 Check accounting method: **a** ☐ Cash   **b** ☒ Accrual   **c** ☐ Other (specify) ► | | |
| 2 See the instructions and enter the: | | |
|    **a** Business activity ► MANUFACTURING     **b** Product or service... ► LEATHER GOODS | | |
| 3 At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 At the end of the tax year, did the corporation: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

| | Yes | No |
|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

| | Yes | No |
|---|---|---|
| **5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
|    If "Yes," complete lines (i) and (ii) below. | | |
|    (i) Total shares of restricted stock ► | | |
|    (ii) Total shares of non-restricted stock ► | | |
| **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
|    If "Yes," complete lines (i) and (ii) below. | | |
|    (i) Total shares of stock outstanding at the end of the tax year ► | | |
|    (ii) Total shares of stock outstanding if all instruments were executed ► | | |
| 6 Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 Check this box if the corporation issued publicly offered debt instruments with original issue discount ► ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions ► $ | | |
| 9 Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 Does the corporation satisfy one or more of the following? See instructions | | X |
|    **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
|    **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
|    **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
|    If "Yes," complete and attach Form 8990. | | |
| 11 Does the corporation satisfy **both** of the following conditions? | | X |
|    **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
|    **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
|    If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

SPSA0112 10/03/19     Form **1120-S** (2019)

| Schedule B | Other Information (see instructions) *(continued)* | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?.......... | | X |
| | If "Yes," enter the amount of principal reduction .................................................. ▶ $ _____ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | X |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099?............................... | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099?........................................... | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?.................................... | | X |
| | If "Yes," enter the amount from Form 8996, line 14........................................ ▶ $ | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 21)........................ | 1 | |
| | 2 Net rental real estate income (loss) (attach Form 8825)................... | 2 | |
| | 3a Other gross rental income (loss)..........   3a | | |
| | b Expenses from other rental activities (attach statement).......   3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a........... | 3c | |
| | 4 Interest income..................................................... | 4 | |
| | 5 Dividends: a Ordinary dividends.......................................... | 5a | |
| |          b Qualified dividends........................   5b | | |
| | 6 Royalties........................................................... | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120-S))............ | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120-S))........... | 8a | |
| | b Collectibles (28%) gain (loss).................   8b | | |
| | c Unrecaptured section 1250 gain (attach statement)...........   8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797)........................ | 9 | |
| | 10 Other income (loss) (see instructions)........ Type ▶ | 10 | |
| **Deductions** | 11 Section 179 deduction (attach Form 4562)............................. | 11 | |
| | 12a Charitable contributions................................................ | 12a | |
| | b Investment interest expense........................................... | 12b | |
| | c Section 59(e)(2) expenditures (1) Type ▶ _____ (2) Amount ▶ | 12c (2) | |
| | d Other deductions (see instructions).. Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)).......................... | 13a | |
| | b Low-income housing credit (other)................................... | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)........... | 13c | |
| | d Other rental real estate credits (see instrs) Type ▶ _____ | 13d | |
| | e Other rental credits (see instrs) Type ▶ _____ | 13e | |
| | f Biofuel producer credit (attach Form 6478)............................ | 13f | |
| | g Other credits (see instructions)....... Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession   ▶ _____ | | |
| | b Gross income from all sources........................................ | 14b | |
| | c Gross income sourced at shareholder level............................. | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Reserved for future use............................................... | 14d | |
| | e Foreign branch category............................................... | 14e | |
| | f Passive category...................................................... | 14f | |
| | g General category..................................................... | 14g | |
| | h Other (attach statement).............................................. | 14h | |
| | Deductions allocated and apportioned at shareholder level | | |
| | i Interest expense...................................................... | 14i | |
| | j Other................................................................ | 14j | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k Reserved for future use............................................... | 14k | |
| | l Foreign branch category............................................... | 14l | |
| | m Passive category..................................................... | 14m | |
| | n General category..................................................... | 14n | |
| | o Other (attach statement).............................................. | 14o | |
| | Other information | | |
| | p Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued........... | 14p | |
| | q Reduction in taxes available for credit (attach statement)............... | 14q | |
| | r Other foreign tax information (attach statement) | | |

## Schedule K — Shareholders' Pro Rata Share Items (continued)

**Total amount**

**Alternative Minimum Tax (AMT) Items**
- 15a Post-1986 depreciation adjustment
- b Adjusted gain or loss
- c Depletion (other than oil and gas)
- d Oil, gas, and geothermal properties — gross income
- e Oil, gas, and geothermal properties — deductions
- f Other AMT items (attach statement)

**Items Affecting Shareholder Basis**
- 16a Tax-exempt interest income
- b Other tax-exempt income
- c Nondeductible expenses
- d Distributions (attach stmt if required) (see instrs)
- e Repayment of loans from shareholders

**Other Information**
- 17a Investment income
- b Investment expenses
- c Dividend distributions paid from accumulated earnings and profits
- d Other items and amounts (attach statement)

**Reconciliation**
- 18 Income (loss) reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p.

## Schedule L — Balance Sheets per Books

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| Assets | (a) | (b) | (c) | (d) |

1. Cash
2a. Trade notes and accounts receivable
   b. Less allowance for bad debts
3. Inventories
4. U.S. government obligations
5. Tax-exempt securities (see instructions)
6. Other current assets (attach stmt)
7. Loans to shareholders
8. Mortgage and real estate loans
9. Other investments (attach statement)
10a. Buildings and other depreciable assets
    b. Less accumulated depreciation
11a. Depletable assets
    b. Less accumulated depletion
12. Land (net of any amortization)
13a. Intangible assets (amortizable only)
    b. Less accumulated amortization
14. Other assets (attach stmt) SEE ST 3
15. Total assets

**Liabilities and Shareholders' Equity**

16. Accounts payable
17. Mortgages, notes, bonds payable in less than 1 year
18. Other current liabilities (attach stmt) SEE ST 4
19. Loans from shareholders
20. Mortgages, notes, bonds payable in 1 year or more
21. Other liabilities (attach statement)
22. Capital stock
23. Additional paid-in capital
24. Retained earnings
25. Adjustments to shareholders' equity (att stmt) ST 5
26. Less cost of treasury stock
27. Total liabilities and shareholders' equity

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note: The corporation may be required to file Schedule M-3. See instructions.

1. Net income (loss) per books.............
2. Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize):
3. Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize):
   - a Depreciation....... $ _____
   - b Travel and entertainment. $ _____
4. Add lines 1 through 3......................
5. Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize):
   - a Tax-exempt interest $ _____
6. Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize):
   - a Depreciation.... $ _____
   - SEE STMT 6
7. Add lines 5 and 6.........
8. Income (loss) (Schedule K, line 18). Subtract lin[e]

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

|  | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|
| 1 Balance at beginning of tax year......................... |  |  |  |  |
| 2 Ordinary income from page 1, line 21.................... |  |  |  |  |
| 3 Other additions............................................... |  |  |  |  |
| 4 Loss from page 1, line 21................................. |  |  |  |  |
| 5 Other reductions........... SEE STATEMENT 7..... |  |  |  |  |
| 6 Combine lines 1 through 5............................... |  |  |  |  |
| 7 Distributions.................................................. |  |  |  |  |
| 8 Balance at end of tax year. Subtract line 7 from line 6... |  |  |  |  |